**Stanley J. BERNSTEIN, Petitioner-Appellant,**

v.

**Elyse Esther BERNSTEIN, Defendant-Appellee.**

No. 46206.

Missouri Court of Appeals,
Eastern District,
Division One.

March 27, 1984.

Kenneth A. Leeds, St. Louis, for petitioner-appellant.

Gerald K. Rabushka, St. Louis, for defendant-appellee.

ORDER

PER CURIAM.

This is an appeal with respect to a proceeding for dissolution. The judgment is affirmed in accordance with Rule 84.16(b).